IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| GARY W. GREENWOOD,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | No. C10-1029<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEY FEES |

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 16) filed by the Plaintiff on December 14, 2011, and the Response (docket number 17) filed by the Defendant on December 28, 2011. Plaintiff requests that the Court order attorney fees in the amount of $3,705.18. Defendant has no objection.

### ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application (docket number 16) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Three Thousand Seven Hundred Five Dollars and eighteen cents ($3,705.18) to be paid by the Social Security Administration.

DATED this 28th day of December, 2011.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA